IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NATHANIEL ODEN,

   Plaintiff,

    v.

LOCKHEED MARTIN ASCO,

   Defendant.

CIVIL ACTION FILE
NO. 1:06-CV-1343-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending that the Motion to Dismiss [Doc. 3] of the Defendant Lockheed Martin Aspen Systems Corporation be granted. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motion to Dismiss [Doc. 3] of the Defendant Lockheed Martin Aspen Systems Corporation is GRANTED.

SO ORDERED, this 19 day of December, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\06\Oden\r&r.wpd