IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATHANIEL ODEN,<br><br>   Plaintiff,<br><br>     v.<br><br>LOCKHEED MARTIN ASCO,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:06-CV-1343-TWT |

### OPINION AND ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 27] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 15]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 15] is DENIED.

SO ORDERED, this 20 day of February, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\06\Oden\r&r2.wpd