IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NATHANIEL ODEN,

   Plaintiff,

    v.

LOCKHEED MARTIN ASCO,

   Defendant.

CIVIL ACTION FILE
NO. 1:06-CV-1343-TWT

<u>ORDER</u>

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 63] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 48]. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Plaintiff's racial discrimination and retaliation claims have no merit. The Magistrate Judge properly applied well established law to the undisputed facts. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 48] is GRANTED.

SO ORDERED, this 22 day of February, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge